# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| David Wicklund, | Civil No. 10-439 (RHK/AJB) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| Messerli & Kramer, P.A. and John Doe, | |
| Defendants. | |

Based upon the Stipulation of Dismissal with Prejudice (Doc. No. 5) filed by Plaintiff, **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: August 6, 2010

                               s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge